FILED
6/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMARIO D. BASS | Case No. 1:26-cr-00298<br>Judge LaShonda A. Hunt<br>Magistrate Judge Jeannice W. Appenteng<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Sections 111(a) and (b), and 922(g)(1)<br><br>**UNDER SEAL** |

**COUNT ONE**

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about April 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

DEMARIO D. BASS,

defendant herein, did forcibly assault, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely, Federal Bureau of Investigation Special Agent A, a Special Agent and employee of the United States, while Special Agent A was engaged in and on account of the performance of official duties, and in committing such offense, did use a deadly and dangerous weapon, namely, a motor vehicle, and did inflict bodily injury upon Special Agent A;

In violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about April 8, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

DEMARIO D. BASS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock 21 semiautomatic pistol, bearing serial number BGBK518, and an Anderson Manufacturing AM-15 rifle style pistol, bearing serial number 20014758, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 21 semiautomatic pistol, bearing serial number BGBK518, with an extended magazine and an Anderson Manufacturing AM-15 rifle style pistol, bearing serial number 20014758, with an extended magazine, and associated ammunition and firearm accessories.

A TRUE BILL:

__________________________________

FOREPERSON

__________________________________

UNITED STATES ATTORNEY