UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMARIO D. BASS | Case No. 26 CR 298<br><br>Magistrate Judge Jeannice W. Appenteng |

**O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: DEMARIO D. BASS
Date of Birth: **/**/1992
Sex: Male
Race: Black
Jail/Prisoner #: 20250425095

now is incarcerated in the following institution:

Cook County Jail
Division 8 (RTU)
2700 S. California Avenue
Chicago, Illinois

and that said defendant has been charged in the above-captioned case with assault on a Federal Agent, a violation of Title 18, United States Code, Section 111(a) and (b) and felon in possession of a firearm, in violation of Title 18 , United States Code, Section 922(g)(1), and that said defendant should be produced at **8:30 a.m. on July 16, 2026**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 10:00 a.m. for an initial appearance before Magistrate Judge JEANNICE W. APPENTENG, in the courtroom usually occupied by said judge.

IT IS THEREFORE ORDERED that the following person:

THOMAS J. DART
Cook County Sheriff
Cook County Jail
Division 8 (RTU)
2700 S. California Avenue,
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before Magistrate Judge JEANNICE W. APPENTENG, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

JEANNICE W. APPENTENG
U.S. Magistrate Judge

DATED at Chicago, Illinois
this 2nd day of July, 2026.